## Harry Starac, Plaintiff-Appellant, v. John Corsale, Defendant-Appellee.

Gen. No. 11,239.

Second District, First Division.

June 24, 1959.

Released for publication July 10, 1959.

Peter Ferracuti, for plaintiff-appellant; Pool and Langer, for defendant-appellee. Opinion by JUSTICE McNEAL. Not to be published in full.